UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT CARROLL BOLTON,

                Plaintiff,

    v.

STATE OF WASHINGTON et al.

                Defendants.

CASE NO. C13-5639 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)      The Court adopts the Report and Recommendation;

(2)      The Court dismisses this action for plaintiff's failure to comply with a Court order to file an amended complaint that gave the Court operative facts that supported plaintiff's contentions. *See* Fed. R. Civ. P. 41(b). All pending motions are denied.

(3)      In forma pauperis status is revoked for purpose of appeal.

DATED this 1st day of November, 2013.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE